IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| SALLY ANN CARPENTER,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC,<br><br>Defendant. | Civil Action No. 2:14-cv-25500 |

## PROPOSED AMENDED SCHEDULING ORDER

The Court has reviewed the Report of the Parties' Planning Meeting [Docket 10] filed pursuant to Federal Rule of Civil Procedure 26(f) as well as the Joint Motion to Amend the Scheduling Order [Docket 17] and hereby ORDERS that the deadlines set forth in the January 6, 2015 Scheduling Order [Docket 13] are hereby revoked and this case shall proceed as follows:

| | |
|---|---|
| Amendment of pleadings and joinder of parties | 3/6/2015 |
| Deadline to serve discovery requests related to conditional certification | 2/23/2015 |
| Deadline to serve reports from retained experts under Rule 26(a)(2) related to conditional certification (by the party with the burden of proof on an issue) | 3/16/2015 |
| Deadline to serve reports from retained experts under Rule 26(a)(2) related to conditional certification (by the party not bearing the burden of proof on an issue) | 4/6/2015 |
| Deadline to take a discovery deposition related to conditional certification | 4/9/2015 |
| Deadline to conduct discovery related to conditional certification | 4/15/2015 |
| Deadline to serve expert witness disclosures intended solely to contradict or rebut evidence on the same issue identified by another party | 4/20/2015 |

Deadline to file a Motion to Conditionally Certify the Class and Facilitate Notice[1]                                    4/24/2015

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: _____, 2015


_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] *Defendant shall have 30 days to file an Opposition. Plaintiff shall have 14 days to file a Reply.
**JOINT MOTION TO AMEND THE SCHEDULING ORDER – PAGE 4**