IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISON

SALLY ANN CARPENTER,
      Plaintiff,

v.                                      Civil Action No. 2:14-25500
                                       (Joseph R. Goodwin)

DOLGENCORP, LLC.,
      Defendant.

## NOTICE OF SETTLEMENT

Now comes the plaintiff, Sally Ann Carpenter, by and through counsel J. Michael Ranson, and notifies this court the parties have reached a settlement and the appropriate documents are being circulated amongst the parties.

                                                         **SALLY ANN CARPENTER**
                                                         By counsel

*/s/ J. Michael Ranson*
_____
**J. Michael Ranson, Esquire (WVSB #3017)**
**Cynthia M. Ranson, Esquire (WVSB #4983)**
Ranson Law Offices
1562 Kanawha Blvd., East
Post Office Box 3589
Charleston, West Virginia 25336-3589
(304)345-1990
Counsel for Plaintiff

**G. Patrick Jacobs, Esquire (WVSB# 1867)**
JACOBS LAW OFFICES
7020 MacCorkle Avenue, SE
Charleston, WV 25304

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISON

SALLY ANN CARPENTER,
    Plaintiff,

v.        Civil Action No. 2:14-25500
        (Joseph R. Goodwin)

DOLGENCORP, LLC.,
    Defendant.

## CERTIFICATE OF SERVICE

I, J. Michael Ranson, counsel for plaintiff, hereby certify that I have served a true and exact copy of the foregoing Certificate of Service of **Notice of Settlement** upon counsel of record, via USDC ECF, this **6 August 2015**:

**Larry J. Rector, Esq**.
Steptoe & Johnson, PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
*Attorney for: DOLGENCORP, LLC*

**Joel S. Allen, Esq.**
**Melissa M. Hensley, Esq.**
McGuireWoods, LLP
2000 McKinney Ave., Ste 1400
Dallas, TX 75201
(214) 932-6400
*Attorney for: DOLGENCORP, LLC*

*s/ J. Michael Ranson*
_____
    J. Michael Ranson