IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SALLY ANN CARPENTER,

        Plaintiff,

v.                             CIVIL ACTION NO.   2:14-cv-25500

DOLGENCORP, LLC

        Defendant.

**ORDER**

Pending before the court is the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal, ECF No. 31. Having reviewed the Joint Motion and accompanying exhibit, I find that, based on the parties' averments, their agreement will result in a settlement that is fair, reasonable, and adequate. Accordingly, the Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal, ECF No. 31, is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     September 18, 2015

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE