**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

SALLY ANN CARPENTER,

        Plaintiff,

v.                                       CIVIL ACTION NO.  2:14-cv-25500

DOLGENCORP, LLC

        Defendant.

**ORDER**

The court has been advised by counsel of the pending settlement of this action. The court, therefore, finds it unnecessary to conduct further proceedings or to keep this case on the active docket. Accordingly, the court **ORDERS** as follows:

1. That the remaining requirements of the Scheduling Order be continued.

2. That the Clerk retire this action from the active docket. The parties may submit an agreed order of dismissal within ten days of the entry of this Order. Otherwise, dismissal will be without prejudice.

The court will reinstate this case to the active docket if one of the parties shows good cause for such reinstatement within ten days of the entry of this Order.

The court's order entered on December 9, 2015 [ECF No. 38] is hereby **VACATED**.

It is further **ORDERED** that the motion hearing, previously scheduled for December 10, 2015 at 8:30 a.m., is **CANCELED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  December 9, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE